**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

December 27, 2004

Adam J. Teller, Esq.
Leone, Throwe, Teller & Nagle
33 Connecticut Boulevard
P.O. Box 280225
East Hartford, CT 06128-0225

    Re: Case Name: Robinsonv Jurisaar
        Number: 3:01cv2105 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Plaintiff Exhibit's A,B,C

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY /s/   Alice Montz
            Alice Montz
            Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: _____