**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

FILED
2004 DEC 29 P 2: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| KEVIN F. ROWE<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | VICTORIA C. MINOR<br>CHIEF DEPUTY CLERK |
|---|---|---|
| | | CHRYSTINE CODY<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 27, 2004

Adam J. Teller, Esq.
Leone, Throwe, Teller & Nagle
33 Connecticut Boulevard
P.O. Box 280225
East Hartford, CT 06128-0225

  Re: Case Name: Robinson v Jurisaar
    Number: 3:01cv2105 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

  Plaintiff Exhibit's A,B,C

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY _Alice Montz_
         Alice Montz
         Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 12/28/04